**POMERANTZ LLP**
Omar Jafri (*admitted pro hac vice*)
Brian P. O'Connell, SBN 314318
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 881-4850
Email: ojafri@pomlaw.com
　　　　boconnell@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE AFFIRM HOLDINGS, INC. SECURITIES LITIGATION | Case No. 22-cv-07770-AMO<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:　　November 16, 2023<br>Time:　　2:00 P.M.<br>Place:　　Courtroom 10, 19th Floor<br>Judge:　　Hon. Araceli Martínez-Olguín |

Pursuant to Civil L.R. 7-3(d), Plaintiffs respectfully submit this "Statement of Recent Decision" in *E. Ohman J v. NVIDIA Corp.,* No. 21-15604, __ F.4th __, 2023 U.S. App. LEXIS 22473 (9th Cir. Aug. 25, 2023). This Ninth Circuit decision, a copy of which is attached hereto as Exhibit A, was published on August 25, 2023, and is being submitted as supplemental authority in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint, filed on June 16, 2023. *See* ECF No. 53.

Dated: August 30, 2023

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Omar Jafri*

Omar Jafri
Brian P. O'Connell (SBN 314318)
Genc Arifi
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 881-4850
Facsimile: (312) 377-1184
E-mail: ojafri@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com

-and-

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

-and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
ahood@pomlaw.com

*Lead Counsel for Plaintiffs and the Proposed Class*

-and-

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 E. 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
E-mail: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: August 30, 2023

**POMERANTZ LLP**

By: */s/ Omar Jafri*
Omar Jafri

*Lead Counsel for Plaintiffs*