UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AFFIRM HOLDINGS, INC. SECURITIES LITIGATION | Case No. 3:22-cv-07770-AMO<br><br>THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN<br><br>[PROPOSED] JUDGMENT |

# [PROPOSED] ORDER AND JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is entered in favor of the Defendants, and this Action is dismissed with prejudice. Each Party shall bear its own costs and fees.

Dated: September 30, 2025

*/s/ Araceli Martínez-Olguín*
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**